**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

HILERMISE ENOCK,

    Plaintiff,

v.                                      Case No.  2:19-CV-486-SPC-38MRM

EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, and VERIZON
WIRELESS SERVICES, LLC,

    Defendants.

---

### PLAINTIFF'S AGREED MOTION TO AMEND BY INTERLINEATION

Plaintiff Hilermise Enock respectfully moves for leave to amend her Complaint [Doc. 1] by interlineation.  In support of her motion, Plaintiff states as follows:

1.    In its Answer, Defendant Verizon Wireless Services, LLC denied that it has ever reported or continues to report any past due amounts for an account with Plaintiff.

2.    In its Response to Plaintiff's First Set of Requests for Production, Defendant Verizon Wireless Services, LLC stated that Plaintiff has incorrectly named Verizon Wireless Services, LLC as a defendant in this case, that Verizon Wireless Services, LLC is not a cellular telephone provider in Florida, did not maintain an account with Plaintiff, and did not engage in credit reporting with respect to Plaintiff.

3.    Defendant Verizon Wireless Services, LLC asserts that the proper name of the party defendant is Verizon Wireless Personal Communications LP d/b/a Verizon Wireless.

4.    Plaintiff named Verizon Wireless Services, LLC in her Complaint, and seeks to amend by interlineation to change the name of defendant Verizon Wireless Services, LLC to Verizon Wireless Personal Communications LP d/b/a Verizon Wireless.

5. Leave to amend shall be freely given when justice so requires. Fed. R. Civ. P. 15(a).

6. The claims asserted in the pleading amended by interlineation arose out of the conduct, transaction, or occurrence set forth in the original pleading. See Rule 15(c).

7. As evidenced by Defendant's Initial Disclosures, the re-named defendant knew or should have known that, but for a mistake concerning the identity of the proper parties, the action would have been brought against them. See Rule 15(c).

8. The re-named defendant received notice of the institution of this action and will not be prejudiced in maintaining a defense on the merits. See Rule 15(c).

9. Therefore, pursuant to Fed. R. Civ. P. 15(c), the complaint amended by interlineation would relate back to the re-named defendant.

10. The Advisory Committee Notes to Fed. R. Civ. P. 15(c)(3) indicate that the 'mistake proviso' was included in order to resolve "the problem of a misnamed defendant" and allow a party "to correct a formal defect such as a misnomer or misidentification." Garrett v. Fleming, 362 F.3d 692, 696-697 (10th Cir. 2004) (Rule 15(c) is meant to allow an amendment changing the name of a defendant to relate back to the original complaint if the change is the result of a formal defect).

**WHEREFORE**, Plaintiff respectfully moves for leave to amend her Complaint [Doc. 1] by interlineation, by changing the name of defendant Verizon Wireless Services, LLC to Verizon Wireless Personal Communications LP d/b/a Verizon Wireless, pursuant to Fed. R. Civ. P. 15(a) & (c).

**Certification of Conference**

In compliance with Local Rule 3.01(g), I hereby certify that Plaintiff's counsel conferred with counsel for Defendant Verizon Wireless Services, LLC and that Defendant's counsel agrees with the relief sought in this motion.

    Respectfully submitted,

    *s/ Joshua R. Kersey*
    Joshua R. Kersey
    Florida Bar No. 087578
    MORGAN & MORGAN, PA
    201 North Franklin Street, 7th Floor
    Tampa, Florida 33602
    Telephone: (813) 225-5505
    Facsimile: (813) 222-2490
    JKersey@ForThePeople.com
    CheyenneReed@ForThePeople.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 2, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record and that a true and correct copy of the foregoing was sent to the following counsel of record via email:

**Robert J. Alwine, Esq.**
Robert@robertalwine.com
ROBERT JOSEPH ALWINE, P.A.
*Counsel for Verizon Wireless Services LLC*

**Michael A. Maugans, Esq.**
mmaugans@jonesday.com
JONES DAY
*Counsel for Experian Information Solutions, Inc.*

**David P. Hathaway, Esq.**
dhathaway@deanmead.com
**Amy L. Judkins, Esq.**
ajudkins@deanmead.com
DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.
*Counsel for TransUnion, LLC*

                                              *s/Joshua R. Kersey*
                                              Certifying Attorney