# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| HILERMISE ENOCK,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and VERIZON WIRELESS PERSONAL COMMUNICATIONS, LP d/b/a VERIZON WIRELESS,<br><br>Defendants. | Civil Action No.: 2:19-CV-486-SPC-MRM |

## [PROPOSED] ORDER GRANTING PARTIES' AGREED MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES

The Court, having reviewed the Parties' Agreed Motion to Modify Case Management and Scheduling Order to Continue Trial Date and Pretrial Deadlines ("Agreed Motion"), and good cause appearing therefor, hereby orders as follows:

1. The Agreed Motion is GRANTED.

2. The Case Management and Scheduling Order (ECF #31) is hereby modified as follows:

| **Matter** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Disclosure of Expert Reports | | |
| Plaintiff: | September 8, 2020 | November 7, 2020 |
| Defendant: | October 5, 2020 | December 4, 2020 |
| Discovery Deadline | November 5, 2020 | January 4, 2021 |
| Mediation  Deadline: | November 19, 2020 | January 18, 2021 |
| Mediator: | James R. Betts | |
| Address: | 710 S. Blvd. | |

Case No.: 2:19-CV-486-SPC-MRM

| Matter | Current Deadline | Proposed Deadline |
|---|---|---|
| Telephone: | Tampa, FL 33606<br><br>(813) 254-3302 | |
| *If no mediator is designated above, the parties must file a stipulation selecting a mediator within fourteen (14) days of the date of this Order | | |
| Dispositive Motions, Daubert Motions, and Markman Motions | December 8, 2020 | February 6, 2021 |
| Meeting *In Person* to Prepare Joint Final Pretrial Statement | February 26, 2021 | April 27, 2021 |
| Joint Final Pretrial Statement (including, as applicable, joint-proposed jury instructions and verdict form, case-specific *voir dire* questions, witness lists, and exhibit lists, all of which must also be emailed in Microsoft Word® format to Judge Chappell's inbox) | March 12, 2021 | May 11, 2021 |
| All Other Motions (including motions *in limine*) and Trial Briefs (non-jury trials) | March 12, 2021 | May 11, 2021 |
| Final Pretrial Conference           Date:<br>                                              Time:<br>                                              Judge: | March 26, 2021<br>9:30 AM<br>Sheri Polster Chappell | May 25, 2021 |
| Trial Term Begins<br><br>Note: Trials before a Magistrate Judge begin on a date certain. | April 5, 2021 | June 4, 2021 |
| Estimated Length of Trial | 1-2 Days | |
| Jury/Non Jury | Jury | |

**IT IS SO ORDERED.**

DATED: _____                              _____
                                                                 Hon. Sheri Polster Chappel
                                                                 United States District Judge

2

Case No.: 2:19-CV-486-SPC-MRM

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 12, 2020, the foregoing document was delivered by method indicated to those counsel listed on the attached service list.

/s/ Kenneth A. Ohashi
Kenneth A. Ohashi (Cal. Bar No. 230440)
*admitted pro hac vice on April 15, 2020*

Case No.: 2:19-CV-486-SPC-MRM

## SERVICE LIST

**Octavio Gomez, Esq.**
tgomez@forthepeople.com
**Joshua Kersey, Esq.**
jkersey@forthepeople.com
MORGAN & MORGAN, TAMPA, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
*Counsel for Plaintiff*

[Via CM/ECF]

**Rebecca M. Nocharli, Esq.**
**Christina T. Mastrucci, Esq.**
rnocharli@jonesday.com
cmastrucci@jonesday.com
JONES DAY
1420 Peachtree Street N.E., Suite 800
Atlanta, GA. 30309-3053
*Counsel for Experian Information Solutions, Inc.*

[Via CM/ECF]

**Amy L. Judkins, Esq.**
ajudkins@deanmead.com
DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.

*Counsel for Trans Union LLC*

[Via CM/ECF]

**Armando Rubio, Esq.**
FIELDS HOWELL LLP
9155 So. Dadeland Blvd.
Suite 1012
Miami, FL 33156
Tel: (786) 870-5600
*Co-counsel for Verizon Wireless Personal Communications LP d/b/a Verizon Wireless*