UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HILERMISE ENOCK,

      Plaintiff,

v.                                   Case No. 2:19-cv-00486-JLB-MRM

EXPERIAN INFORMATION SOLUTIONS,
and VERIZON WIRELESS PERSONAL
COMMUNICATIONS LP d/b/a/ VERIZON
WIRELESS,

      Defendants.
_____/

## ORDER

Plaintiff has filed a joint stipulation of voluntary dismissal with prejudice of her claims against the sole remaining Defendant under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 60.)  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  Plaintiff's claims are **DISMISSED WITH PREJUDICE**.  The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on December 29, 2020.

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**